IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

SHERLEY DORLEANS,

       Appellant,

 v.

                          Case No.  5D22-454
                          LT Case No. 2021-DR-4497-HV

JONATRICE ASHLY GERMAIN,

       Appellee.
_____/

Decision filed October 25, 2022

Appeal from the Circuit Court
for Osceola County,
Michael J. Snure, Judge.

Donna Greenspan Solomon, of
Solomon Appeals, Mediation &
Arbitration, Ft. Lauderdale, for
Appellant.

No Appearance for Appellee.

PER CURIAM.

     AFFIRMED.

COHEN, TRAVER and WOZNIAK, JJ., concur.